IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYES Y. RIOS,

    Petitioner,      No. CIV S-05-1711 MCE DAD P

  vs.

K. MENDOZA-POWERS, et al.,

    Respondent.      <u>ORDER</u>

_____/

      Respondent has requested an extension of time to file a brief addressing whether habeas relief is still available to petitioner in the event it is determined that the Governor's reversal of the 2004 Board of Parole Terms decision violated his right to due process as well as to file the transcript and all related materials pertaining to petitioner's 2004 parole hearing before the Board, pursuant to the court's order of April 16, 2009.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's April 29, 2009 request for an extension of time is granted; and

      2. Respondent is granted thirty days from the date of this order in which to file the brief, the transcript, and all related materials.

DATED: April 29, 2009.

*signature: Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:3
rios1711.111.hc